IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREEDOM MEDICAL SUPPLY, INC. et al,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, et al.,<br><br>Defendant. | CIVIL ACTION<br>NO. 12-1078 |

## **ORDER**

**AND NOW**, this 12th day of February 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 53), Defendants' Statement of Undisputed Facts Accompanying the Motion for Summary Judgment (Doc. No. 54), Plaintiffs' Response in Opposition (Doc. No. 59), Defendants' Reply (Doc. No. 61), Plaintiffs' Motion for Summary Judgment, the Memorandum in Support of the Motion and Exhibit 7 to the Motion for Summary Judgment (Doc. Nos. 56, 60, 57), Defendants' Response in Opposition (Doc. No. 58)., and the hearing on the Motions held on October 25, 2013, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Doc. No. 53) is **GRANTED**.

2. Plaintiffs' Motion for Summary Judgment (Doc. No. 56) is **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

17